NCW 3

FILED
ASHEVILLE, N.C.
MAY - 2 2005
U.S. DISTRICT COURT
W. DIST. OF N.C.

E. Spencer Parris
N.C. State Bar No. 11042
J. Michael Riley
N.C. State Bar No. 18396
H. Forest Horne, Jr.
N.C. State Bar No. 16678
Jones Martin Parris & Tessener Law Offices, P.L.L.C.
410 Glenwood Avenue, Suite 200
Raleigh, North Carolina 27603
(919) 821-0005

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | ) ) ) ) ) |
| This Document Relates To: | ) CIVIL ACTION NO. MDL 875 ) |

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 3:00-CV-370-T

| | |
|---|---|
| LELA MULLIS GRIFFIN; | ) ) |
| Plaintiffs, | ) ORDER ) |
| vs. | ) ) |
| AQUA-CHEM, INC., ET AL., | ) ) |
| Defendants. | ) ) |

This action is before the Court on the Motion of plaintiffs to amend the complaint pursuant to Rules 15(a) and 25(a) of the Federal Rules of Civil Procedure. Plaintiffs move to amend the complaint to allege a claim of wrongful death and substitute party-plaintiff. The proposed amendment appears to be necessary in the interest of justice and will not prejudice the defendants in preparing a defense in this case.

IT IS, THEREFORE, ORDERED that plaintiff's Motion for Leave to Amend Complaint is GRANTED.

This the 18th day of April, 2005.

_____
Charles R. Weiner, United States District Judge
Eastern District of Pennsylvania